UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:10-cr-00109 |
| | ) | |
| ALEXANDER VARGAS, ET AL | ) | |

**MOTION TO WITHDRAW**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through David J. Nozick, Assistant United States Attorney, and moves the court to withdraw the appearance of Eamonn P. Sheehan, Assistant United States Attorney, as the undersigned is the attorney of record for this case.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

BY: *__/s/David J. Nozick__*
David J. Nozick
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Tel: (219) 937-5500
Fax: (219) 952-2770
Email: David.Nozick@usdoj.gov